DocuSign Envelope ID: FAB80D06-FF6B-4B85-9805-38677261ABF1
Case: 3:20-cv-00140-jdp   Document #: 1-1   Filed: 02/17/20   Page 1 of 1

# PLAINTIFF CONSENT FORM

      I hereby consent to make a claim against the entities G & L Enterprises of Hurley, LLC doing business as Full Moon Saloon, Alicat Enterprises, LLC doing business as Full Moon Saloon, and Craig D. Lindquist (collectively "Full Moon Saloon") for unpaid minimum, agreed upon, and overtime wages. I worked for Full Moon Saloon within the last three years. While working for Full Moon Saloon, there were workweeks in which I worked without receiving minimum wage for all hours worked and overtime compensation for hours I worked that exceeded forty in a workweek.

*[DocuSigned by: Marsha Anthony, 5C2A2C1189E44DA...]*  2/16/2020

Signature and Date

Marsha Anthony

Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Larry A. Johnson
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: ljohnson@hq-law.com
www.hq-law.com