UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARSHA ANTHONY,
individually and on behalf of
all others similarly situated,
    Plaintiff,

v.

G & L ENTERPRISES OF HURLEY, LLC,
d/b/a Full Moon Saloon, et al.
    Defendants.

CASE NO. 20-cv-0140-JDP

---

## Default Judgment

---

Defendant G & L Enterprises of Hurley, LLC d/b/a Full Moon Saloon, having failed to appear, plead or otherwise defend in this action, and default having been entered on July 23, 2020, and counsel for plaintiffs having requested judgment against the defaulted defendant and having filed a proper motion, declarations, and brief in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of plaintiffs Marsha Anthony, Ashlie Patnode, Neva Dull, and Tasha Swanson and against defendant G & L Enterprises of Hurley, LLC d/b/a Full Moon Saloon, as follows:

    $5,931.25 in unpaid minimum and overtime wages as well as an additional $5,931.25 in liquidated damages to Marsha Anthony;

    $16,065.63 in unpaid minimum and overtime wages as well as an additional $16,065.63 in liquidated damages to Ashlie Patnode;

    $23,721.00 in unpaid minimum and overtime wages as well as an additional $23,721.00 in liquidated damages to Neva Dull;

    $32,169.31 in unpaid minimum and overtime wages as well as an additional $32,169.31 in liquidated damages to Tasha Swanson; and

$25,448.30 to Hawks Quindel, S.C. for attorneys' fees and costs. Interest on the judgment will accrue at the legal rate until the judgment is satisfied.

Approved as to form, December 1, 2020:

                                                                James D. Peterson
                                                                United States District Judge

Entered, December 1, 2020:

                                                  s/ K. Frederickson, Deputy Clerk
                                                  Peter Oppeneer
                                                  Clerk of Court